# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 29, 2014 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Blaine F. Bates
U.S. Bankruptcy Appellate Panel of the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-0000

**RE:** 13-4070, Staker, et al v. Wells Fargo Bank, N.A., et al
　　　　Dist/Ag docket: 12-092-UT

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　*Elisabeth A. Shumaker*

　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:　　Bronson Douglas Bills
　　　　Douglas P. Farr
　　　　Ashton J. Hyde
　　　　Gary E. Jubber
　　　　Amy F. Sorenson
　　　　Donald Staker
　　　　Kerry Lee Staker

EAS/na